UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY **WU** D.C.

05 SEP -1 PM 5: 10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

O'NEAL DANDRIDGE,

    Plaintiff,

v.                                        Cv. No. 05-2326-Ma

METHODIST,

    Defendant.

# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice, in accordance with the Order of Dismissal, docketed August 30, 2005.

APPROVED: /s/

---
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

September 1, 2005
---
DATE

THOMAS M. GOULD

---
CLERK

/s/
---
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __9-2-05__

6

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02326 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

O'Neal Dandridge
3120 Alta Road
Memphis, TN 38109

Honorable Samuel Mays
US DISTRICT COURT